RECEIVED
IN LAKE CHARLES, LA

JAN 25 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| JEFFERSON WAYNE GILL | CIVIL ACTION NO. 05-270-LC |
| VS. | SECTION P |
| PATSY D. CRYAR | JUDGE TRIMBLE |
| | MAGISTRATE JUDGE WILSON |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action is **DISMISSED WITH PREJUDICE,** *sua sponte,* under 28 U.S.C. § 1915(e)(2)(B) as frivolous and for failing to state a claim for which relief may be granted.

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this the 25th day of January, 2005.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE